# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  15-2164
_____

Robert Sills

Petitioner - Appellant

v.

United States of America

Respondent - Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:12-cv-01771-HEA)
_____

**JUDGMENT**

Before COLLOTON, SMITH and KELLY, Circuit Judges.

The government's motion to remand this case to the district court for an evidentiary hearing has been considered by the court and is granted.  The judgment of the district court is vacated, and the case is remanded for further proceedings.

July 08, 2016

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
             /s/ Michael E. Gans