# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-2164

Robert Sills

Appellant

v.

United States of America

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:12-cv-01771-HEA)
_____

**MANDATE**

In accordance with the judgment of 07/08/2016, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 08, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit