RECEIVED
SEP 01 2017
BY MAIL

FILED
SEP 1 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

August 30, 2017

Robert Sills #33957-044
SCC DOC
301 N. Second St.
St. Charles, MO. 63301

To: Judge Autrey

Re: Sills v. USA, Case No. 4:12-cv-1771-HEA

    I request that you notify the Marshals that with your denial of my Section 2255 Motion on August 25, 2017, the Writ which caused me to be brought to this district has now been satisfied and that I should be returned to the place of confinement from which I was removed.

Thank you.

Sincerely,
Robert Sills

Case: 4:12-cv-01771-HEA   Doc. #: 90   Filed: 09/01/17   Page: 2 of 2 PageID #: 384

Mr. Robert Silis
Scc Doc
301 N. Second St.
St. Charles, Mo. 63301

MAILED FROM:
ST. CHARLES COUNTY
ADULT DETENTION FACILITY

RECEIVED
SEP 01 2017
BY MAIL

Hon. Henry E. Autrey
United States District Court, EDMO
111 South Tenth St.
St. Louis, Mo 63102